IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00446-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CARLOS NAJERA-LUNA;
**2.**    **EDUARDO MORALES-HERNANDEZ**,

    Defendants.

---

## ORDER VACATING TRIAL DATES AND SETTING
## CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Dkt. # 25) filed on behalf of Defendant Eduardo Morales-Hernandez, it is ORDERED that Defendant Morales-Hernandez is excused from the final trial preparation conference set for December 1, 2006 and the four-day jury trial set for December 11, 2006. These dates remain on this Court's docket with regard to Defendant Carlos Najera-Luna. It is

FURTHER ORDERED that counsel for Defendant Morales-Hernandez and Government counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than December 6, 2006 to set this matter for a Change of Plea Hearing.

DATED: November 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge