**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00446-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.      EDUARDO MORALES-HERNANDEZ,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Pursuant to the Order of Reassignment issued in this matter, this will confirm that the sentencing hearing regarding Defendant Morales-Hernandez set **April 2, 2007 at 10:00 a.m.** will proceed as scheduled before Chief Judge Lewis T. Babcock in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

Dated:  March 26, 2007